UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                              Case No. 18-44333-MAR

LAQUANDA MARIE MCCULLOUGH,         Chapter 13

             Debtor(s).                      Honorable Mark A. Randon
_____/

## NOTICE OF CITY OF DETROIT UNFILED TAX RETURNS

Debtor(s) failed to file a tax return for City of Detroit income taxes for tax period(s) 2016 as required by 11 USC 1308 and/or Detroit City Code of Ordinances Sec. 18-10. Pursuant to MCL 141.509 Michigan Department of Treasury has been granted the authority to process the City of Detroit income tax returns commencing with the 2015 tax year. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Plan or filing a Motion to Convert or Dismiss the case.

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
SCFRA & Collections Division
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

1

Attach all supporting documentation including any required copies of the City of Detroit Schedules, State Returns, Federal Returns, 1099, and W-2 Statements. If you have already filed the required return(s), submit a copy to the above-designated Assistant Attorney General. For questions, call (313) 456-0140.

**II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

BILL SCHUETTE
Attorney General

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: April 16, 2018